Good morning, guys. I'm going to talk to you shortly about the basic issue with respect to the extradition violation, as it relates to the scope of the request. And I'll make this as easy as possible. The extradition violation, with respect to the same type of residence, and the extradition violation, as it relates to the extent that we've done it, is that the problem is that Santa Cruz County is applying CDO 703 to property which is not covered by CDO 703. Specifically, in that sense, it is as if the Frontenac District is defined as property which is below San Francisco elevation. There is no scientific evidence from the county that this property, or how to put this, is covered. I'm going to talk to you a little bit about some of the issues, of course, that are staring at us. We were told someone changed the code for the Frontenac. Well, we've done that. We've worked on that. We've looked at it. We are able to talk about it. What's there to fix that? The first thing to do is look at it. And, again, if you look at the top of that screen, I believe we're 05-I, no elevation certificate. The county is required to use elevation certificates for all replacements. In other words, that is the gold standard. My client was not. My client was also a team member. For a long time, he went to email for a note. The first thing that we find in very big information is not that people from FEMA said the elevation certificate is correct. There's a note that FEMA contracts out of a company called Star, which I don't know whether you've heard of them, the elevation certificate is correct. They did that. Star came back and said the elevation certificate is correct. You can't use it. Then Platinus sent a letter to FEMA and said, Oh, I didn't think you were going to do that. I thought you were going to deny it. So then FEMA, but not Star, so then from FEMA wrote a letter which was not an official letter, but FEMA itself said, Well, it's not the case. It's not closed. This is not an official closure of the case. That's when they said, Well, you determined that the property was for elevation. But what FEMA was really concerned about was reading the letter. And that's not how you determine the elevation. The gold standard for PFD and the basis for application of the flood management appointments is the elevation certificate. It is the gold standard. FEMA is the norm. Platinus never contradicted it. The elevation certificate. So that's the problem. And here's the other problem with what happened. When my client received the denial of PFD, he was sent over to FEMA, and he was told to go to FEMA. And you find that there are possible properties that are above PFD and therefore not within the flood management district, outside of the boundaries. We will accept it. What happened, though, was that they later on said, when they were asked to do a community analysis, by the way, the community analysis was what the community analysis basically says. It was still on the site of the project. By the way, not all sites are finished. I'm sorry. I thought we underwrote on the ECDC. Is that all? No. There's a piece of it. There's a piece of it. And there's all sorts of properties. And there's the river. That means that the flood management district is still there. There's no question about that. But properties still have to be far above the river and not within PFD. So what you look at is whether or not that was here from the footprint. You look at whether that particular footprint was still. And they never said that the footprint was still. What they did was when they were re-launching the final process, they said, we're going to have to assign this to you now because there's still more to do. We asked for a moment for the footprints. So it's the question of, is there still a footprint? Are the footprints in your evidence? Is there a statement? I don't know if it's all there yet. Okay. I'm not sure what it means. But an area or whatever it's called, let's say, a large area, there's no piece of piece within that large area. And that area is just data. So what do you assess for the purposes of areas that could be trapped there for engineering purposes? And then whether or not there's still some part of it that you may not be able to find for some question? It is a question because the program and district is not responsible for that. It's a question as to whether there's a whole lot of pieces. That's the difference there. FEMA recognizes that there are two ways it happens. Everybody recognizes that these maps are approximations. Somebody drew a line on the map and said, I think this is a floodplain. I think this is a floodplain. But we know that that is not a floodplain. FEMA is not a floodplain below a floodplain. It's channeled over. A floodplain is a hole. When you have a flood, it's the level of the flood. The floodplain is where the flood drains, so it's the current. The current is below a floodplain. The data that's out there, most of the data that's out there is the data that's available. It's not the data that's available now. That's after the elevation certificate says that it's a floodplain. The level of the floodplain is a certain amount, so it's a BFD. And that's the BFD. So the flood wasn't necessarily a flood. The property, obviously, is called the floodplain. It's a part of the floodplain. Floodplain is where the elevation certificate is. It's a very small elevation certificate. It's gold standard. It's a gold standard concept for the statues. So that's here. And this is a 705. So that's just a hot line. It's one of the elevation certificates. It says that communities of different state and community rates are required to use an elevation certificate for all official recording and record keeping of elevations. This is a request for each property on that. It is an official record. You do not have to use the elevation certificate to say that that land is a floodplain. So that is a BFD. There's no permission to record your property unless you are aware of the purpose of the elevation certificate. What are your aspects of it? As I understand it, the elevation certificate is a BFD. Well, it is. It is because most are self-motivated to use a certificate because that's what FEMA says to do. Also, any enterprise taxpayers, this is not a BFD. That's a huge box of experts. Nobody gets to square this up. A taxpayer is a surveyor who is being abused by a buyer. A buyer is a company that claims that needs accounting or FEMA can just square this up. No. My understanding is that either the agency or FEMA must agree with my explanation. No. One of the things FEMA said was that the land is a floodplain. They did not say that the elevation certificate was wrong. And according to the emails that we recovered, what FEMA said first to STAR, which is their contracting agency, what they said first was your elevation certificate is correct. That's exactly what they said. So what all of this tells you, what we believe is that there wasn't any property right here because there's not a property right here. The termination of the lease, that's what FEMA said to me, that's what FEMA said to me. And also, thank you for being a part of this. This was not done by FEMA. This was done by FEMA. It's not us. It's not us at all. It is my client, a reasonable expectation based upon the law, that she could build on this property. And the reasonable expectation I would say, from all of the statements that I've seen, if you're accountable, if there is a legitimate position at all, then I'm totally here. If you don't have a right to be on the lease, then I don't understand. There's no permission to be on the lease. If you have a certificate that says that you are above P&P, you are above P&P, there is no proof that I have a right to be on the lease. Don't even think about that one. So basically what happened, and this is what happened in this case, the strategy is that this is a property that's supposed to be a commercial vehicle, from a river passageway. You submit the letter of river passage and it is filed with the insurance company and there's no validation certificate. You obtain a permit, and you build a house, and you buy a house. And you do not have a permit to be on the lease. You do not have a permit to be on the lease. Can I ask you a quick question? Sure. I want to allow this question to be answered without the writing of the question. So are you saying that they weren't acting to make sure that it was a P&P and it was a house block? If they had a P&P, well, they couldn't get one because it wasn't a five-point development. It wasn't a five-point development. So they didn't have to apply for one? So they didn't have to apply for one because it's in the law. It's in the P&P. It wasn't in the five-point management district if it was a P&P. It doesn't make any sense to not start playing with management requirements. For example, where if they were making a self-assertion that's going to fall down, to get into your house, it has to be a toll truck. A toll truck, that's not going to be on the lease. It's not going to be on the lease. It's not going to be on the lease. It's not going to be on the lease. It's not going to be on the lease. The other thing is that the ERF West Fairway Center, the ERF East Fairway Center, is a resource in 2018. The first one, the first one that's open, is the Walker Center. The first one that's open, the first one that's open, is the Walker Center. It is back in time for PICS. And we have a series of emails that are also in the record, in the ways that this is going on. And the theme is set in term and also shared with clients. The application certification is correct. And there's an email from a client that says, so we don't want to be facing unregulated practice. I don't know if I can say this, but there's an email from a client that says, I know, he says, well, I have one who's a little bit older than I am. And it says that the entire property is owned by the ERF West Fairway Center. So, is it true? Well, I'm telling you, my question is whether there's any effect as to the effect. Because, you know, what one day says, you know, they should be doing this program. Another day, since there's not, there's this program, right, where people can be, and still get to do something with the ERF. Well, I'm asking you to ensure that you set up a market for us. So, it's your responsibility. So, I'll get to it. You know, we'll set this up. Don't worry about it. You know, the big thing that's going on, the big thing that's going on, I don't know if you know this, but it's my program. What it basically says is that, based on the map. Now, does the vision of the society have the chance of having any over-superior educational standards describing the superior and superior professional performance of these like, these companies? I don't know. Well, and it specifically says that if it's a non-profit           map with a big map with a big map with a big map with a big map with a  map with a     big map with a big map with a big map with a big map with a big map   big map with a big map with a big map with a big        big map with a big map with a big map v with a big map with a        a big map with a big map with a big map with a big map with a      map  a big map with a big map with a big map with a big map with a big map with     a big map with a big map with a big map with a big map with a big   a big map with a big map with a big map with a big map with a big map with a  plan with a  plan with a big plan with a big plan with a big plan . . . The first question is what  the    plan?     what is the purpose of the plan? The second question is what is the purpose of the plan? The third question suggests specifically underlying with concurs with people . It is not a matter of self arrangement or  consideration I think 이고 I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of  arrangement . I think of it as a matter of self arrangement . I think of it as a  matter of   . I think of it  a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as  matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I   it as   of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement .   of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I  of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think  it as a matter of self  . I think of it as a matter of self arrangement . I think of it as a matter of      self    think of it as   of self arrangement . I think of it as a matter of self arrangement . I think of it  as          it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter   arrangement . I think of it as a matter of self arrangement . I think of it as a  matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I  of     of   . I think of it as a matter of self arrangement . I think of it as a   matter of    I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it   matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement  I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a    arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of   . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it   matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement .  think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it  a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter         as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it   matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement .    it as  matter of self arrangement . I think of it as a matter of self arrangement . I think of it as    self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a    arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self  . I think of it  a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as  matter of    I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a  of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I  of   a    arrangement . I think of it as a matter of self arrangement . I think of it as a matter    . I think of  as a matter of self arrangement . I think of it as a matter of self arrangement . I think          I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as   of self arrangement . I think of it as a matter of self arrangement . I think of it as a     .    it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think of it as a matter of self arrangement . I think  it as a matter of self arrangement . I think of it as a matter of self arrangement . .
judges: Kozinski, Berzon, Watford